**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7490

JOSE A. LIMA,

Petitioner - Appellant,

versus

DONALD R. GUILLORY, Warden, Powhatan Correc-
tional Center; ATTORNEY GENERAL OF THE COMMON-
WEALTH OF VIRGINIA,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge. (CA-96-790-AM)

Submitted:  June 19, 1997          Decided:  June 26, 1997

Before WILKINS and MICHAEL, Circuit Judges and BUTZNER, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jose A. Lima, Appellant Pro Se.  Thomas Drummond Bagwell, Assistant
Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal because his ineffective assistance of counsel claims regarding his trial and appeal are procedurally barred, and his ineffective assistance of counsel claims regarding post-conviction proceedings are not cognizable. See Coleman v. Thompson, 501 U.S. 722 (1991); Bassette v. Thompson, 915 F.2d 932 (4th Cir. 1991). Further, we deny Appellant's motion to expedite his appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED